**Charles NANCE, Respondent,**

v.

**BERRA CONSTRUCTION COMPANY, Appellant.**

**No. WD 40085.**

Missouri Court of Appeals, Western District.

April 26, 1988.

Morris B. Kessler of Kessler & Kessler, P.C., St. Louis, for appellant.

Raymond J. Flunker of Evans & Dixon, St. Louis, for respondent.

Before MANFORD, P.J., and TURNAGE and COVINGTON, JJ.

**ORDER**

PER CURIAM:

Direct appeal from a final award for workers' compensation.

Judgment affirmed. Rule 84.16(b).